UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No. 25-20562 |
| Plaintiff, | F. Kay Behm |
| v. | United States District Judge |
| JOSE ARMANDO LOPEZ-LOPEZ, | |
| Defendants. | |
| _____ / | |

## ORDER FOR RELEASE AFTER SENTENCING

During a hearing held on October 21, 2025, Jose Armando Lopez-Lopez was sentenced to a period of time served.  Therefore, it is ORDERED that the Order of Detention is cancelled and the Defendant be immediately released from the custody of the United States Marshal Service.

**SO ORDERED**.

Date: October 21, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge